ELLIOT ENOKI
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 0 2001

at 10 o'clock and 41 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>PAULENO THEODORE LIMOZ,<br><br>           Defendant. | CR. NO. CR01-00182 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1)<br> and (b)(1)(B)] |

### INDICTMENT

The Grand Jury charges that:

On or about April 26, 2001, within the District of Hawaii, **PAULENO THEODORE LIMOZ**, did knowingly and intentionally possess with intent to distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

DATED: _May 10_, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Pauleno Theodore Limoz
"Indictment"
Cr. No. _____